ASHBY v. GLASGOW, and others.

Ashby
v. Glasgow
& others.

1. When final judgment is rendered in a cause, and that judgment is erroneous, it may, during the term at which it was rendered, be set aside; but when the term is past the control of the court ceases, and no alteration or amendment can be made, but such as is authorised by the statutes of jeofails or amendments.

2. Where a suit, properly cognizable before a justice of the peace, is commenced in the circuit court, judgment for costs should be rendered against the plaintiff.

Error to the Circuit Court of Livingston county.

Opinion of the Court, delivered by Scott, Judge.

Glasgow, and others, sued Ashby by petition in debt, on a note for seventy-four dollars and fifty-seven cents; judgment was recovered for the amount of the note, with damages and costs. At a subsequent term of the court, a motion was made to set aside the judgment for costs entered against the defendant below, which motion was overruled. This is the error assigned, for which a reversal of the judgment is sought.

When a final judgment is rendered in a cause, and that judgment is erroneous, it may, during the term at which it was rendered, be set aside for during a term all the proceedings are in the breast of the court, and they may be altered or vacated as justice requires. But when the term is past, then the control of the court ceases, and no alteration or amendment can be made, but such as is authorised by the statute of jeofails and amendments. An error in the court, in rendering judgment, is not cured by the statute of jeofails, it can only be corrected by appeal, or writ of error. But as the whole record is now before the court, and as it appears that this cause was properly cognizable, before a justice of the peace, the suit having been commenced before the act, amendatory of the act, regulating justices courts, approved February 16th, 1841, judgment for costs should have been entered against the plaintiff below. See 4th sec.

1st article of the act concerning justices' courts, 346. The judgment of the circuit court, as to costs, is reversed, with directions to enter a judgment for costs against the plaintiff, and the cause remanded.

Where a suit, properly cognizable before a justice of the peace, is commenced in the circuit court, judgment for costs should be rendered against the plaintiff.